1  ERIC GRANT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00106 SKO |
   |---|---|
12 |                Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
   | v. | |
13 | | |
   | SALVADOR FLORES-CASTELLANOS, | |
14 | | |
   |                Defendant. | |
15 | | |

16

17        The government moves the Court to unseal the Complaint in this case. On or about September

18 17, 2025, the defendant was arrested. He will make his initial appearance on September 17, 2025.

19 Therefore, the case should be unsealed to advise the defendant of the charge against him.

20

21
   Dated: September 17, 2025                          Very truly yours,
22                                                    ERIC GRANT
                                                      United States Attorney
23

24                                                    /s/ BRITTANY M. GUNTER
                                                      BRITTANY M. GUNTER
25                                                    Assistant United States Attorney

26

27

28

                                    1

ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SALVADOR FLORES-CASTELLANOS,<br><br>      Defendant. | CASE NO. 1:25-MJ-00106 SKO<br><br>ORDER TO UNSEAL CASE |

  Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint in the case be UNSEALED.

  IT IS SO ORDERED

DATED: 9/17/2025

                       *Sheila K. Oberto*
                       HON. SHEILA K. OBERTO
                       UNITED STATES MAGISTRATE JUDGE